*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE B. GOULET,<br><br>  Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>  Defendants. | Case No. EDCV 11-1819-GW(SPx)<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal filed on June 20, 2012, it is hereby ORDERED that this action is hereby dismissed by plaintiff in its entirety.

IT IS SO ORDERED.

Dated: June 26, 2012

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS
WITH PREJUDICE